AO 246 (Rev. 7/92)

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | **ORDER OF PROBATION** |
| V. | **UNDER 18 U.S.C. § 3607** |

ALEJANDRO SANTANA, JR.          CASE NUMBER:   2:08CR00855-001

The defendant having been found guilty of an offense described in 21 U.S.C. 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED** that the defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of One Year without a judgment of conviction first being entered. The defendant shall comply with the mandatory conditions and the standard conditions of probation adopted by this Court, and the special conditions; all set forth on pages 2 through 6 of this judgment.

Signature of Judicial Officer

February 3, 2009

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

## CONSENT OF THE DEFENDANT

I have read the proposed Order of Probation Under 18 U.S.C. § 3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) **may** dismiss the proceedings and discharge me from probation **before** the expiration of the term of probation, or (2) **shall** dismiss the proceedings and discharge me from probation **at** the expiration of the term of probation.

My date of birth is May 30, 1990, and I am ☒  am not ☐  entitled to an expungement order as provided in 18 U.S.C. § 3607(c), if the proceedings are dismissed.

Alexandro Santana JR
Signature of Defendant

4600 N. Minnesota Rd.
Mission, TX 78574
Address of Defendant

Signature of Defense Counsel

January 30, 2009                    Stephen Wood Bryne
Date                                Printed Name of Defense Counsel

Order in a Criminal Case

DEFENDANT: SANTANA, Alejandro Jr.
CASE NUMBER: 2:08CR00855-001

## MANDATORY CONDITIONS OF SUPERVISION

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Page 3 of 6

DEFENDANT: SANTANA, Alejandro Jr.
CASE NUMBER: 2:08CR00855-001

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Page 4 of 6

DEFENDANT: SANTANA, Alejandro Jr.
CASE NUMBER: 2:08CR00855-001

## SPECIAL CONDITIONS OF SUPERVISION

**IN-PATIENT DRUG TREATMENT**: The defendant shall participate in an inpatient program for the treatment of drug and/or alcohol addiction, dependency or abuse, to begin immediately upon release from confinement for a period of up to 90 days as directed by the probation officer. The defendant is not permitted to leave the facility during the first 30 days of treatment.

**EDUCATION**: The defendant shall continue his education during the term of probation.

**NIGHTTIME RESTRICTION**: Throughout the period of probation, the defendant shall be restricted to his home each night from 12 midnight to 6 a.m., unless other specific arrangements are made with the probation officer.

**ALCOHOL ABSTINENCE**: The defendant shall abstain from the use of alcohol during the term of supervision.

Page 5 of 6

DEFENDANT: SANTANA, Alejandro Jr.
CASE NUMBER: 2:08CR00855-001

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $25.00 | $ | $ |

☐ The determination of restitution is deferred until ____ . An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

☐ See Additional Restitution Payees Sheet.

| **TOTALS** | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ ____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

  ☐ the interest requirement is waived for the    ☐ fine and/or   ☐ restitution.

  ☐ the interest requirement for the    ☐ fine and/or   ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Order in a Criminal Case

DEFENDANT: SANTANA, Alejandro Jr.
CASE NUMBER: 2:08CR00855-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A    ☐ Lump sum payment of $\underline{\$\phantom{xxxxxxx}}$ due immediately.

B    ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ E below); or

C    ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
       _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the ate of this judgment; or

D    ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of
       _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
       term of supervision; or

E    ☒ Special instructions regarding the payment of criminal monetary penalties;
       Make all payments payable to: U. S. District Clerk, 1133 N Shoreline Blvd., Ste. 208, Corpus Christi, TX 78401.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐    See Additional Defendants Held Joint and Several sheet.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

☐    See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.